[No. 58502-9-I. Division One. February 19, 2008.]

*In the Matter of the Estate of* JOHN SERVOLD.

IRIS LERNER ET AL., *Appellants*, v. JANET SOMERS, *as Personal Representative*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-23558-8, Andrea A. Darvas, J., entered June 14, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Becker, JJ.

[Nos. 58552-5-I; 58553-3-I; 58554-1-I. Division One. February 19, 2008.]

JAMES T. BUTLER ET AL., *Appellants,* v. AMTICO INTERNATIONAL INC., ET AL., *Defendants*, KENTILE FLOORS, INC., ET AL., *Respondents.*

Appeals from a judgment of the Superior Court for King County, No. 04-2-25790-5, Sharon S. Armstrong, J., entered July 5, 2006. *Reversed* by unpublished opinion per Becker, J., concurred in by Schindler, A.C.J., and Baker, J.

[No. 58611-4-I. Division One. February 19, 2008.]

DAVID CUTTER ET AL., *Respondents*, v. ALEXANDER MCLAREN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-2-00652-1, John M. Meyer, J., entered June 22, 2006. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, A.C.J., and Dwyer, J.